# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE:SUCCESSION OF VAN
ROYAL SMALL, SR.

NO.  2026 CW 0227

**MARCH 20, 2026**

---

In Re:    Grace Compton Small, applying for supervisory writs,
          23rd Judicial District Court, Parish of Ascension, No.
          P21104.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** The writ application failed to include a copy of each pleading on which the judgment was founded, including plaintiffs' memorandum in support of their motion to compel and all attachments thereto, in violation of Rule 4-5(C)(8) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the transcript of the hearing on the motion to compel and all evidence introduced at the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, she must contain all pertinent documentation, including the missing information noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before April 20, 2026, and must contain a copy of this ruling.

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT